IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 4:04CR3114 |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | **MEMORANDUM** |
| vs | ) | **AND ORDER** |
| BRIGIDO TORRES, | ) | |
| | ) | |
| Defendant(s). | ) | |

    Pending before is a motion to withdraw as defense counsel (filing 26) and a motion to withdraw the plea of guilty (filing 28). I held a hearing on these matters on April 26, 2005, and decided that I should appoint a lawyer to serve as standby counsel to advise and represent the defendant regarding both motions and to take over the case should I decide to grant the motion to withdraw as defense counsel.

    Pursuant to the Court's Plan for the Administration of the Criminal Justice Act Panel, the Federal Public Defender has nominated Michael Gooch to serve as standby counsel and Mr. Gooch has graciously agreed to serve. Therefore,

    IT IS ORDERED that:

1. Michael Gooch is appointed to serve standby counsel to advise and represent the defendant regarding pending motions and to take over the case should I decide to grant the motion to withdraw as defense counsel. Mr. Gooch is requested to promptly enter his appearance.

2.   The Federal Public Defender shall provide Mr. Gooch with a CJA voucher.

3.   Defense counsel, Mr. Aman, is ordered to cooperate with Mr. Gooch.

4.   A hearing on the motion to withdraw (filing 26) and on the motion to withdraw the guilty plea (filing 28), with sentencing to follow, if possible, is set for Tuesday, June 7, 2005 at 12:30 PM in Courtroom Number One, Lincoln, Nebraska. The defendant shall be present as shall Mr. Gooch, Mr. Aman and Ms. Wagner.

5.   The Clerk of the Court shall provide copies of this memorandum and order by CM/ECF or otherwise to Mr. Gooch, Mr. Aman, Ms. Wagner, the Federal Public Defender and the United States Marshal.

April 27, 2005                                BY THE COURT:

                                              *s/Richard G. Kopf*
                                              United States District Judge