IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:04CR3114 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| BRIGIDO TORRES, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1) Michael D. Gooch's motion to withdraw as standby counsel (filing 36) is granted.

(2) At the nomination of the Federal Public Defender, Jerry M. Hug is appointed to serve as standby counsel to advise and represent the defendant regarding pending motions and to take over the case should I decided to grant the motion to withdraw as defense counsel (filing 26).

(3) Mr. Hug is requested to promptly enter his appearance.

(4) The Federal Public Defender shall provide Mr. Hug with a CJA voucher.

(5) Defense counsel, Mr. Aman, is ordered to cooperate with Mr. Hug.

(6) The hearing on the motion to withdraw (filing 26) and on the motion to withdraw the guilty plea (filing 28), with sentencing to follow, if possible, remains set for Tuesday, June 7, 2005, at 12:30 p.m., in Courtroom No. 1, Robert V. Denney Federal Building and United States Courthouse, Lincoln, Nebraska. The defendant shall be present, as shall be Mr. Hug, Mr. Aman and Ms. Wagner.

(7) The Clerk of the Court shall provide copies of this memorandum and order by CM/ECF or otherwise to Mr. Gooch, Mr. Hug, Mr. Aman, Ms. Wagner, the Federal Public Defender and the United States Marshal.

DATED this 10th day of May, 2005.

BY THE COURT:

s/ Richard G. Kopf
United States District Judge