IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:04CR3114 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM** |
| vs. | ) | **AND ORDER** |
| | ) | |
| BRIGIDO TORRES, | ) | |
| | ) | |
| Defendant. | ) | |

On the oral motion of stand-by counsel Mike Maloney, and with the agreement of government's counsel and John Aman,

IT IS ORDERED that the hearing on the motion to withdraw (filing 26) and on the motion to withdraw the guilty plea (filing 28), with sentencing to follow, if possible, is rescheduled to Wednesday, June 15, 2005, at 4:30 p.m., in Courtroom No. 1, Robert V. Denney Federal Building and United States Courthouse, Lincoln, Nebraska. The defendant shall be present, as shall be Mr. Maloney, Mr. Aman and Ms. Wagner.

DATED this 6th day of June, 2005.

BY THE COURT:

s/ Richard G. Kopf
United States District Judge