```
        IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:04CR3114 |
| v. | ) | |
| | ) | |
| BRIGIDO TORRES, | ) | |
| | ) | ORDER |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

The motion of Michael Gooch for payment, filing 48, is granted and the office of the Federal Public Defender is directed to complete the applicable vouchers for counsel to be paid in this case as soon as possible without awaiting other appointed counsel's billings.

DATED this 4th day of January, 2006.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge